# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARMIN CORPORATION, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 05-CV-2170 KHV/JPO |
| ) | |
| PNI CORPORATION and ) | |
| CT GLOBAL, INC., ) | |
| ) | |
| Defendants ) | |
| _____) | |

## **ORDER**

Pursuant to the stipulation of the parties (Doc. #21) and for good cause, it is

HEREBY ORDERED that this case is dismissed *with* prejudice.

Dated: July 29, 2005            s/ Kathryn H. Vratil
                                Kathryn H. Vratil
                                UNITED STATES DISTRICT JUDGE

1712520v1